```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DePASTINO, | CASE NO.  C 06 0664 JL |
| Plaintiff, | Before the Honorable James Larson |
| v. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON & JOHNSONCOMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC. | Conference Date:   May 3, 2006<br>Conference Time:   10:30 a.m.<br>Location:   Courtroom F, 15th Floor<br>San Francisco |
| Defendants. | |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to August 2, 2006, at 10:30 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order.
3  **IT IS SO ORDERED.**
4  DATED: __May 2, 2006__

   _____
5  Honorable James Larson
6  United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge James Larson / signature: James Larson]*